Case 5:24-mj-70642-MAG Document 5 Filed 04/25/24 Page 1 of 1

AO 467 (Rev. 01/09; CAND version 03/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

FILED

APR 25 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| United States of America<br><br>v.<br><br>MATTHEW PATRICK KOHLER,<br><br>Defendants. | Case No. 24-mj-70642-MAG-1 (KAW)<br>*SEALED*<br><br>Charging District: District of Columbia<br><br>Charging District's Case No.: 1:24-mj-00141 |
|---|---|

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: 333 Constitution Avenue N.W.<br>Washington D.C. 20001 | Courtroom No.: Zoom |
|---|---|
| | Date and Time: May 2, 2024, 12:30pm EST |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: April 25, 2024

_____
Kandis A. Westmore
United States Magistrate Judge

Transfer_No-Custody_CR_AO 467_CSA
rev. 3-19